1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  John C. Won, SBN  242743
   HAAPALA, ALTURA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612           *E-FILED 4/9/07*
4  Tel:    510-763-2324
   Fax:   510-273-8570
5
   Attorneys For Defendants
6  SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
   CHIEF LEN LOZANO, LT. BOB PAYNE, ACTING SUPERVISOR
7  CORRECTIONAL OFFICER SCOTT ENRICO;
   CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
8  ERIC ROLAND, NICOLE LUSTIC, RICK FLORES, CURT CORUM,
   and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
9  RN KATHRYN BOLAND and CHW MARIA ALEJO

10 Andrew C. Schwartz (State Bar No. 64578)
   CASPERS, MEADOWS, SCHWARTZ & COOK
11 A Professional Corporation
   2121 North California Blvd. Suite 1020
12 Walnut Creek, California  94596
   Tel:    925-947-1147
13 Fax:   925-947-1131

14 Attorney for Plaintiffs

15 Karen L. Snell (State Bar No. 100266)
   Attorney at Law
16 102 Buena Visa Terrace
   San Francisco, California  94117
17 Tel:    415-225-7592
   Fax:   415-487-0748
18

19 Attorney for Plaintiffs

20 Vincent P. Hurley (SBN 111215)
   Douglas F. Young (SBN   84531)
21 LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
22 38 Seascape Village
   Aptos, California  95003
23 Tel:    831-661-4800
   Fax:   831-661-4804
24

25 Attorney for Defendant Sgt. Leticia Rosales-Buie

26

27

28

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Revised Scheduling Order

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS, individually and in his official capacity; CHIEF LEN LOZANO, individually and in his official capacity; LT. BOB PAYNE, individually and in his official capacity; SGT. ROSALES-BUIE, individually and in her official capacity; ACTING SUPERVISOR CORRECTIONAL OFFICER SCOTT ENRICO, individually and in his official capacity; CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS, ERIC ROLAND, NICOLE LUSTIC, RICK FLORES, CURT CORUM, and R. DALBESIO, individually; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHLEEN BOLAND and CHW MARIA ALEJO, individually; and DOES 1 through 50, individually and/or in their official capacities,<br><br>Defendants. | Case No.: C06-04891 RS<br><br>**STIPULATION & ~~Proposed~~ REVISED SCHEDULING ORDER** |

The parties, through their counsel of record, request the Court issue a revised Scheduling Order as set forth below. The parties' original belief that the case could be ready for mediation, potential settlement, and if necessary trial in November 2007 was overly ambitious and optimistic. The controversy over disclosure of the Santa Cruz County Civil Service Commission record of the proceeding during which Santa Cruz County Correctional Sergeant Rosales-Buie challenged discipline of the Santa Cruz County Sheriff was more time consuming than anticipated. Counsel have met and conferred and, as Ordered by the Court on March 16, 2007, are in the process of having an appropriately redacted transcript of the testimony before the Civil Service Commission prepared. Defendant Nurse Sue Coburn Soto is medically disabled, under medical and psychiatric care and, based on the report provided by her treating physician, not currently available for deposition. It is not clear when Mrs. Soto will be

1

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Revised Scheduling Order

sufficiently recovered to be available for a deposition. Until this discovery is completed, plaintiffs' counsel does not believe they will be sufficiently prepared to productively participate in mediation.

After discussion amongst counsel, a revised case schedule is requested that gives the parties an additional 7 months to complete discovery, mediation, and trial preparation.

### 1. Alternative Dispute Resolution

Private Mediation.  The parties have agreed to use retired Judge William Bettinelli as their mediator and anticipate re-scheduling mediation in July 2007 (was January 2007).

The parties will promptly notify the Court whether the case is resolved at mediation.

### 2. Further Case Management Conference.

A further case management conference is requested on July 25, 2007 (currently May 9, 2007).  An updated case management conference statement will be filed no later than July 18, 2007 (currently May 2, 2007).

### 3. Discovery.

On or before August 31, 2007 (currently April 30, 2007), all non-expert discovery will be completed by the parties.  Any discovery requests pursuant to FRCP Rules 33 through 36 and 45, shall be served enough in advance so that responses to written discovery shall be due as provided in said rule no later that the discovery completion date.

Discovery will be limited as follows:  (a) twenty (20) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

### 4. Expert Witnesses.

The disclosure and discovery of expert witness opinions will proceed as follows:

(a) On or before October 31, 2007 (currently June 30, 2007), plaintiffs will disclose experts and their reports in accordance with FRCP Rule 26(a)(2).

(b) On or before November 16, 2007 (currently July 15, 2007) defendants will disclose experts and their reports in accordance with FRCP Rule 26(a)(2).

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Revised Scheduling Order

(c) On or before January 31, 2008 (currently August 31, 2007), all discovery of expert witnesses pursuant to FRCP Rule 26(b)(4) will be completed.

**5. Pretrial Motions**.

All pretrial motions will be filed and served pursuant to Civil Local Rule 7. All pretrial motions will be heard no later than March 21, 2008 (currently September 26, 2007).

**6. Pretrial Statements**.

At a time convenient to counsel for plaintiffs and defendants, counsel will meet and confer to discuss preparation of a joint pretrial statement. On or before April 11, 2008 (currently October 15, 2007), counsel will file a Joint Pretrial Statement in accordance with Judge Seeborg's Standing Order re: Pretrial Preparation.

**7. Pretrial Conference**.

The final pretrial conference will be held on April 23, 2008 (currently October 24, 2007), at 2:30 p.m., in Courtroom 4 at the United States Courthouse, 280 S. First Street, San Jose, California.  Each party or lead counsel who will try the case shall attend personally. Counsel shall comply with the Court's Standing Order re: Pretrial Preparation.

**8. Trial Date**.

Jury trial shall commence on May 5, 2008 (currently November 5, 2007), at 9:00 a.m., in Courtroom 4, United States Courthouse, San Jose, California.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 6, 2007             CASPER, MEADOWS, SCHWARTZ & COOK

                                  By     */s/ Andrew C. Schwartz
                                         Andrew C. Schwartz
                                         Attorneys for Plaintiffs
                                         *Mr. Schwartz provided his consent that this
                                         Stipulation be filed

Dated:  April 6, 2007             LAW OFFICE OF KAREN L. SNELL

                                  By     */s/ Karen L. Snell
                                         Karen L. Snell
                                         Attorney for Plaintiffs
                                         *Ms. Snell provided her consent that this
                                         Stipulation be filed

/

3

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Revised Scheduling Order

| | | |
|---|---|---|
| 1 | Dated: April 6, 2007 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | By   */s/ Vincent P. Hurley |
| | | Vincent P. Hurley |
| 3 | | Attorneys for Defendant, |
| | | SGT. LETICIA ROSALES-BUIE |
| 4 | | *Mr. Hurley provided his consent that this |
| | | Stipulation be filed |
| 5 | | |
| 6 | Dated: April 6, 2007 | HAAPALA, ALTURA, THOMPSON & ABERN LLP |
| 7 | | |
| 8 | | By   /s/ Clyde A. Thompson |
| | | CLYDE A. THOMPSON |
| | | Attorney for Defendant |
| 9 | | COUNTY OF SANTA CRUZ |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 9, 2007

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

4

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Revised Scheduling Order