**\*E-FILED 12/21/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF DAVID CROSS, et al., | NO. C 06-04891 RS |
| Plaintiffs, | **ORDER DENYING REQUEST TO SHORTEN TIME, WITHOUT PREJUDICE** |
| v. | |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

The parties' stipulated request for an order shortening time is DENIED, without prejudice to the filing of a renewed stipulation and declaration that provides the information required by Civil Local Rule 6-2 (a) (1).

IT IS SO ORDERED.

Dated: December 21, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING REQUEST TO SHORTEN TIME, WITHOUT PREJUDICE
C 06-04891 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Vincent P. Hurley    vhurley@hurleylaw.com, gforese@hurleylaw.com

John Thornton Kontz    tkontz@surfcitylaw.com, angiep@surfcitylaw.com

Andrew Charles Schwartz    schwartz@cmslaw.com, michelle@cmslaw.com, seaton@cmslaw.com

Karen Leigh Snell    ksnell@clarencedyer.com

Benjamin A. Thompson    benthompson@hatalaw.com, lcdobbins@hatalaw.com

Clyde A. Thompson    cthompson@hatalaw.com, lcdobbins@hatalaw.com

Douglas Frank Young    dyoung@hurleylaw.com, gforese@hurleylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 12/21/07**                                                                 **Richard W. Wieking, Clerk**

                                                                                    **By:        Chambers**

ORDER DENYING REQUEST TO SHORTEN TIME, WITHOUT PREJUDICE
C 06-04891 RS

2