Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
John C. Won, SBN 242743
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR
CORRECTIONAL OFFICER SCOTT ENRICO;
CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM,
and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
RN KATHLEEN BOLAND and CHW MARIA ALEJO

*E-FILED 1/2/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS, individually and in his official capacity; CHIEF LEN LOZANO, individually and in his official capacity; LT. BOB PAYNE, individually and in his official capacity; SGT. ROSALES-BUIE, individually and in her official capacity; ACTING SUPERVISOR CORRECTIONAL OFFICER SCOTT ENRICO, individually and in his official capacity; CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS, ERIC ROLAND, NICOLE LUSTIC, RICK FLORES, CURT CORUM, and R. DALBESIO, individually; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHLEEN BOLAND and CHW MARIA ALEJO, individually; and DOES 1 through 50, individually and/or in their official capacities,<br><br>Defendants. | Case No.: C06-04891 RS<br><br>**STIPULATION &** ~~**PROPOSED**~~ **ORDER SHORTENING TIME FOR HEARING ADDITIONAL DISCOVERY MOTIONS** |

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1  Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate pursuant to Civil Local Rule 6-2, that Defendants may file on shortened time their Motion to Compel Plaintiffs' Responses to Interrogatories and/or Motion for Relief from Fact Discovery Cutoff, so that said motion may be heard at the same time as Plaintiffs' pending discovery motion which is currently scheduled for hearing on January 16, 2008.

Plaintiffs and Defendants also agree that Plaintiffs may file on shortened time an additional motion seeking to compel a psychiatric examination of Defendant Sue Soto, to be heard at that same hearing on January 16, 2008.

The parties agree to, and request the Court to adopt, the following briefing and hearing schedule with respect to the above-described motions:

| Date | Event |
|---|---|
| 12/24/07 | Filing deadline for Defendants' Motion to Compel Responses to Interrogatories and/or Motion for Relief from Fact Discovery Deadline, and Plaintiffs' Motion to Compel Psychiatric Examination of Defendant Sue Soto |
| 1/7/08 | Filing deadline for Parties' Oppositions to the above motions, with service copies delivered either by hand, facsimile or e-filing |
| 1/10/08 | Filing deadline for Parties' Replies, with service copies delivered either by hand, facsimile or e-filing |
| 1/16/08 | Hearing |

IT IS SO STIPULATED.

Dated: December 21, 2007    CASPER, MEADOWS, SCHWARTZ & COOK

By  */s/ Andrew C. Schwartz
    Andrew C. Schwartz
    Attorneys for Plaintiffs
    *Mr. Schwartz provided his consent that this
    Stipulation be filed

Dated: December 21, 2007    LAW OFFICES OF VINCENT P. HURLEY

By  */s/ Vincent P. Hurley
    Vincent P. Hurley
    Attorneys for Defendant,
    SGT. LETICIA ROSALES-BUIE
    *Mr. Hurley provided his consent that this
    Stipulation be filed

/

/

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Dated: December 20, 2007   HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By  /s/ Clyde A. Thompson
CLYDE A. THOMPSON
Attorney for Defendants
COUNTY OF SANTA CRUZ and all other named Defendants

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 2, 2008

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

---

3

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation & Proposed Order Shortening Time For Hearing Additional Discovery Motions