Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
John C. Won, SBN 242743
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

*E-FILED 1/29/08*

Attorneys For Defendants
SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR
CORRECTIONAL OFFICER SCOTT ENRICO;
CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM,
and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
RN KATHLEEN BOLAND and CHW MARIA ALEJO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS,

    Plaintiffs,

vs.

SANTA CRUZ COUNTY, et al.,

    Defendants.

Case No.: C06-04891 RS

**STIPULATION AND ORDER FOR DISCLOSURE OF DRUG TESTING, MEDICAL, MENTAL HEALTH, AND EMPLOYMENT RECORDS OF SUE COBURN SOTO FEDERAL RULES OF CIVIL PROCEDURE 26 & 45**

    Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure Rule 26 and Rule 45, to the Court's issuance of an Order for disclosure of records pertaining to Sue Coburn Soto from FirstLab, 1364 Welsh Road, Suite C2, North Wales, Pennsylvania, the California Board of Registered Nursing, and Kaiser Permanente./The Permanente Medical Group, Inc., 260 International Circle, San Jose, California/ The Permanente Medical Group, Santa Teresa Medical Center, Chemical Dependency Services, 275 Hospital Parkway, San Jose, California.

    Disclosure of the records of Sue Coburn Soto follows a hearing before the Court on January 16, 2008, and will be in strict accordance with the Court's Protective Order issued

1

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And Order For Disclosure Of Drug Testing, Medical, Mental Health, And
Employment Records Of Sue Coburn Soto Federal Rules Of Civil Procedure 26 & 45

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

January 26, 2007.

Specifically, the records to be disclosed pertaining to Sue Coburn Soto are for the period January 1, 2000 to the present from:

(1) FirstLab, 1364 Welsh Road, Suite C2, North Wales, Pennsylvania, all drug screening or testing documents.

(2) California Board of Registered Nursing, or the California State Attorney General's Office, 455 Golden Gate Avenue, San Francisco, California, as counsel for the Board of Registered Nursing, all probation compliance records that include documents of drug testing, employment evaluations, medical records, mental health and psychological testing documents, and treatment and rehabilitation documents.

(3) Kaiser Permanente/The Permanente Medical Group, Inc., 260 International Circle, San Jose, California, The Permanente Medical Group, Santa Teresa Medical Center, Chemical Dependency Services, 275 Hospital Parkway, San Jose, California, (Medical Records # 00367461, DOB 8/17/53), all medical treatment and prescription medication documents and all documents and records pertaining to the treatment, evaluation, counseling of Sue Coburn Soto.

The records produced will be provided to COMPEX LEGAL SERVICES for copying and service on counsel for each party to this action.

| | |
|---|---|
| Dated: January __, 2008 | CASPER, MEADOWS, SCHWARTZ & COOK |
| | By  */s/ Andrew C. Schwartz |
| | Andrew C. Schwartz |
| | Attorneys for Plaintiffs |
| | *Mr. Schwartz provided his consent that this Stipulation be filed |
| Dated: January __, 2008 | LAW OFFICES OF VINCENT P. HURLEY |
| | By  */s/ Vincent P. Hurley |
| | Vincent P. Hurley |
| | Attorneys for Defendant, |
| | SGT. LETICIA ROSALES-BUIE |
| | *Mr. Hurley provided his consent that this Stipulation be filed |

| | |
|---|---|
| Dated: January 18, 2008 | HAAPALA, ALTURA, THOMPSON & ABERN, LLP |

By   /s/ Clyde A. Thompson
     CLYDE A. THOMPSON
     Attorney for Defendants
     COUNTY OF SANTA CRUZ and all other named Defendants

## ORDER

The Plaintiffs' motion to compel the production of the drug testing and treatment records of defendant Sue Coburn Soto was heard by the Court on January 16, 2008. Counsel for all parties were present and were heard on this issue of producing the records of defendant Sue Coburn Soto relating to the claims and defenses presented by the parties.

The Court found that the records of defendant Sue Coburn Soto are subject to discovery and directed the parties to meet and confer to prepare an Order for the Court that addresses the rights and privileges of all parties.

The Court therefore Orders the following records produced within 10 calendar days of receipt of this Order to COMPEX for copying and service on counsel for the parties:

(1) FirstLab, 1364 Welsh Road, Suite C2, North Wales, Pennsylvania, all drug screening or testing documents.

(2) California Board of Registered Nursing, or the California State Attorney General's Office as counsel for the Board of Registered Nursing, all probation compliance records that include documents of drug testing, employment evaluations, medical records, mental health and psychological testing documents, and treatment and rehabilitation documents.

(3) Kaiser Permanente/The Permanente Medical Group, Inc., 260 International Circle, San Jose, California, The Permanente Medical Group, Santa Teresa Medical Center, Chemical Dependency Services, 275 Hospital Parkway, San Jose, California (Medical Records # 00367461, DOB 8/17/53), all medical treatment and prescription medication documents and all documents and records of treatment, counseling, and rehabilitation.

The original records shall be returned to the custodian of records from the location received.

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And Order For Disclosure Of Drug Testing, Medical, Mental Health, And
Employment Records Of Sue Coburn Soto Federal Rules Of Civil Procedure 26 & 45

1     The documents produced pursuant to this Order shall be maintained in accordance with
2 the Court's Protective Order.
3     Any custodian of documents ordered to disclose records by this Order who fails to
4 produce the records identified in this Order shall show cause to this Court why they have failed
5 to so within 10 days of receipt of this Order.
6 Dated: January 28, 2008

_____
Judge Richard Seeborg

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570