Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
John C. Won, SBN 242743
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR
CORRECTIONAL OFFICER SCOTT ENRICO;
CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM,
and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
RN KATHLEEN BOLAND and CHW MARIA ALEJO

*E-FILED 1/29/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS, individually and in his official capacity; CHIEF LEN LOZANO, individually and in his official capacity; LT. BOB PAYNE, individually and in his official capacity; SGT. ROSALES-BUIE, individually and in her official capacity; ACTING SUPERVISOR CORRECTIONAL OFFICER SCOTT ENRICO, individually and in his official capacity; CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS, ERIC ROLAND, NICOLE LUSTIC, RICK FLORES, CURT CORUM, and R. DALBESIO, individually; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHLEEN BOLAND and CHW MARIA ALEJO, individually; and DOES 1 through 50, individually and/or in their official capacities,<br><br>Defendants. | Case No.: C06-04891 RS<br><br>**STIPULATION & [~~PROPOSED~~] ORDER MODIFYING DISPOSITIVE MOTION BRIEFING DEADLINES** |

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation & [Proposed] Order Modifying Dispositive Motion Briefing Deadlines

| | |
|---|---|
| 1 | Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate |
| 2 | pursuant to Civil Local Rules 6-2 and 7-12, that the current briefing schedule for dispositive |
| 3 | motions be modified slightly, as follows: |

1. Dispositive motions to be filed on or before February 19, 2008.
2. Oppositions to be filed on or before March 18, 2008.
3. Replies to be filed on or before March 24, 2008.

The parties' existing hearing date for dispositive motions, April 4, 2008, to remain unchanged.

IT IS SO STIPULATED.

Dated: January 28, 2008     CASPER, MEADOWS, SCHWARTZ & COOK

By  \*/s/ Andrew C. Schwartz
Andrew C. Schwartz
Attorneys for Plaintiffs
\*Mr. Schwartz provided his consent that this Stipulation be filed

Dated: January 28, 2008     LAW OFFICES OF VINCENT P. HURLEY

By  \*/s/ Vincent P. Hurley
Vincent P. Hurley
Attorneys for Defendant,
SGT. LETICIA ROSALES-BUIE
\*Mr. Hurley provided his consent that this Stipulation be filed

Dated: January 28, 2008     HAAPALA, ALTURA, THOMPSON & ABERN, LLP

By  /s/ Clyde A. Thompson
CLYDE A. THOMPSON
Attorney for Defendants
COUNTY OF SANTA CRUZ and all other named Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2008

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

1

*Estate of Cross, et al. v. Santa Cruz County, et al.*/Case #C06-04891 RS
Stipulation & [Proposed] Order Modifying Dispositive Motion Briefing Deadlines

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570