UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID CROSS, ET AL., | No. C-06-04891 RS (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| SANTA CRUZ COUNTY, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 14, 2008, at 2:00 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

The Court notes that the insurance carrier in this matter, a member company of American International Group, Inc. ("AIG"), did not appear at the Settlement Conference with policy limits authority, in violation of the Court's Order of January 22, 2008. Accordingly, IT IS HEREBY ORDERED that the Chief Executive Officer of AIG appear in person at the Further Settlement Conference on February 14, 2008. Alternatively, AIG may designate another officer of the company to attend if that officer has unlimited authority to agree to pay any settlement up to and including policy limits of all potentially applicable insurance policies.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.

All other provisions of this Court's January 22, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge