UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID CROSS, ET AL., | No. C-06-04891 RS (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| SANTA CRUZ COUNTY, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 28, 2008, at 8:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the conference with the parties who have unlimited authority to negotiate and settle the case, unless permission has been granted to appear by telephone.

All other provisions of this Court's January 22, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 26, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge