IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF DAVID CROSS, et al., | No. C 06-04891 RS |
| Plaintiffs, | |
| v. | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| SANTA CRUZ COUNTY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all motion hearings, pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 30, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 7, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 28, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Vincent P. Hurley     vhurley@hurleylaw.com, gforese@hurleylaw.com

John Thornton Kontz     tkontz@surfcitylaw.com, angiep@surfcitylaw.com

Andrew Charles Schwartz     schwartz@cmslaw.com, michelle@cmslaw.com, seaton@cmslaw.com

Karen Leigh Snell     ksnell@clarencedyer.com

Benjamin A. Thompson     benthompson@hatalaw.com, lcdobbins@hatalaw.com

Clyde A. Thompson     cthompson@hatalaw.com, lcdobbins@hatalaw.com

Rebecca S. Widen     rebeccawiden@hatalaw.com, lcdobbins@hatalaw.com

Douglas Frank Young     dyoung@hurleylaw.com, gforese@hurleylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 28, 2008

                   /s/ BAK
                   Chambers of Magistrate Judge Richard Seeborg