Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
John C. Won, SBN 242743
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR
CORRECTIONAL OFFICER SCOTT ENRICO;
CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM,
and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
RN KATHERINE BOLAND and CHW MARIA ALEJO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS, individually and in his official capacity; CHIEF LEN LOZANO, individually and in his official capacity; LT. BOB PAYNE, individually and in his official capacity; SGT. ROSALES-BUIE, individually and in her official capacity; ACTING SUPERVISOR CORRECTIONAL OFFICER SCOTT ENRICO, individually and in his official capacity; CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS, ERIC ROLAND, NICOLE LUSTIC, RICK FLORES, CURT CORUM, and R. DALBESIO, individually; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHLEEN BOLAND and CHW MARIA ALEJO, individually; and DOES 1 through 50, individually and/or in their official capacities,<br><br>　　　　　Defendants. | Case No.: C06-04891 RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE (FRCP 41)** |

1   IT IS HEREBY STIPULATED by plaintiffs ESTATE OF DAVID CROSS, BRITTNEY
2   CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS by and through their
3   counsel of record, and all individual defendants SHERIFF CORONER STEVE ROBBINS,
4   CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR CORRECTIONAL
5   OFFICER SCOTT ENRICO; CORRECTIONAL OFFICERS KENNY BESK, DANIEL
6   FORBUS, ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM, and
7   R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHERINE BOLAND
8   and CHW MARIA ALEJO, by and through their counsel of record, that the above-captioned
9   action should be dismissed with prejudice pursuant to FRCP 41(a)(1), as to all individual named
10  defendants for the plaintiffs and individual defendants mutual waiver of costs and attorneys'
11  fees.

12   IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF
13  SANTA CRUZ, by and through their counsel of record, that the above-captioned action should
14  be dismissed with prejudice, as to defendant COUNTY OF SANTA CRUZ pursuant to
15  FRCP 41(a)(2). The plaintiffs and defendant COUNTY OF SANTA CRUZ shall each be
16  responsible for their own court costs and attorneys fees.

17  Dated: ~~April~~ May 22, 2008          CASPER, MEADOWS, SCHWARTZ & COOK

19                                  By _____
                                        Andrew Schwartz
20                                      Attorneys for Plaintiffs

22  Dated: April __, 2008              LAW OFFICES OK KAREN SNELL

24                                  By:_____
                                        Karen Snell
25                                      Attorneys for Plaintiffs

26  /
27  /
28  /

1

*Estate of Cross, et al. v. Santa Cruz County, et al./Case #C06-04891 RS*
Stipulation And [Proposed] Order Of Dismissal Of All Defendants With Prejudice (FRCP 41)

Dated: ~~April~~ May 31, 2008     LAW OFFICES OF VINCENT P. HURLEY

By _____
   Vincent P. Hurley
   Attorneys for Defendant
   LETICIA ROSALES-BUIE

Dated: ~~April~~ June 9, 2008     HAAPALA, THOMPSON & ABERN, LLP

By _____
   Clyde A. Thompson
   Attorneys for Defendants
   SANTA CRUZ COUNTY; SHERIFF CORONER
   STEVE ROBBINS, CHIEF LEN LOFANO,
   LT. BOB PAYNE, ACTING SUPERVISOR
   CORRECTIONAL OFFICER SCOTT ENRICO;
   CORRECTIONAL OFFICERS KENNY BESK,
   DANIEL FORBUS, ERIC ROLAND, NICOLE
   LUSTIG, NICHOLAS FLORES, KURT CORUM,
   and R. DALBESIO; RN SUE COBURN,
   RN MELINDA CONSOLE, RN KATHERINE
   BOLAND and CHW MARIA ALEJO

## ORDER

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated:

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

2

*Estate of Cross, et al. v. Santa Cruz County, et al./Case #C06-04891 RS*
Stipulation And [Proposed] Order Of Dismissal Of All Defendants With Prejudice (FRCP 41)