1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  John C. Won, SBN 242743                              *E-FILED 6/9/08*
   HAAPALA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:   510-763-2324
   Fax:   510-273-8570
5

6  Attorneys For Defendants
   SANTA CRUZ COUNTY, SHERIFF CORONER STEVE ROBBINS,
7  CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR
   CORRECTIONAL OFFICER SCOTT ENRICO;
8  CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS,
   ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM,
9  and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE,
   RN KATHERINE BOLAND and CHW MARIA ALEJO
10

11                        UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

13  ESTATE OF DAVID CROSS, BRITTNEY      )   Case No.: C06-04891 RS
    CROSS, LEROY CROSS, JEAN CROSS, and  )
14  GREGORY CROSS,                       )   **STIPULATION  AND [PROPOSED]**
                                         )   **ORDER OF DISMISSAL OF ALL**
15              Plaintiffs,              )   **DEFENDANTS WITH PREJUDICE**
                                         )   **(FRCP 41)**
16          vs.                          )
                                         )
17  SANTA CRUZ COUNTY, SHERIFF           )
    CORONER STEVE ROBBINS, individually  )
18  and in his official capacity; CHIEF LEN )
    LOZANO, individually and in his official )
19  capacity; LT. BOB PAYNE, individually and )
    in his official capacity; SGT. ROSALES-  )
20  BUIE, individually and in her official capacity;)
    ACTING SUPERVISOR CORRECTIONAL       )
21  OFFICER SCOTT ENRICO, individually and )
    in his official capacity; CORRECTIONAL )
22  OFFICERS KENNY BESK, DANIEL          )
    FORBUS, ERIC ROLAND, NICOLE          )
23  LUSTIC, RICK FLORES, CURT CORUM,     )
    and R. DALBESIO, individually; RN SUE )
24  COBURN, RN MELINDA CONSOLE, RN       )
    KATHLEEN BOLAND and CHW MARIA        )
25  ALEJO, individually; and DOES 1 through 50,)
    individually and/or in their official capacities, )
26                                       )
                Defendants.               )
27  _____)

28

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

IT IS HEREBY STIPULATED by plaintiffs ESTATE OF DAVID CROSS, BRITTNEY CROSS, LEROY CROSS, JEAN CROSS, and GREGORY CROSS by and through their counsel of record, and all individual defendants SHERIFF CORONER STEVE ROBBINS, CHIEF LEN LOFANO, LT. BOB PAYNE, ACTING SUPERVISOR CORRECTIONAL OFFICER SCOTT ENRICO; CORRECTIONAL OFFICERS KENNY BESK, DANIEL FORBUS, ERIC ROLAND, NICOLE LUSTIG, NICHOLAS FLORES, KURT CORUM, and R. DALBESIO; RN SUE COBURN, RN MELINDA CONSOLE, RN KATHERINE BOLAND and CHW MARIA ALEJO, by and through their counsel of record, that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1), as to all individual named defendants for the plaintiffs and individual defendants mutual waiver of costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF SANTA CRUZ, by and through their counsel of record, that the above-captioned action should be dismissed with prejudice, as to defendant COUNTY OF SANTA CRUZ pursuant to FRCP 41(a)(2). The plaintiffs and defendant COUNTY OF SANTA CRUZ shall each be responsible for their own court costs and attorneys fees.

Dated: ~~April~~ May 22, 2008        CASPER, MEADOWS, SCHWARTZ & COOK

By _____
   Andrew Schwartz
   Attorneys for Plaintiffs

Dated: April __, 2008        LAW OFFICES OK KAREN SNELL

By:_____
   Karen Snell
   Attorneys for Plaintiffs

/
/
/

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1

| | | |
|---|---|---|
| 1 | Dated: ~~April~~ May 31, 2008 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | |
| 3 | | By /s/ Vincent P. Hurley |
| 4 | | Vincent P. Hurley<br>Attorneys for Defendant<br>LETICIA ROSALES-BUIE |

Dated: ~~April~~ June 9, 2008    HAAPALA, THOMPSON & ABERN, LLP

By /s/ Clyde A. Thompson
Clyde A. Thompson
Attorneys for Defendants
SANTA CRUZ COUNTY, SHERIFF CORONER
STEVE ROBBINS, CHIEF LEN LOFANO,
LT. BOB PAYNE, ACTING SUPERVISOR
CORRECTIONAL OFFICER SCOTT ENRICO;
CORRECTIONAL OFFICERS KENNY BESK,
DANIEL FORBUS, ERIC ROLAND, NICOLE
LUSTIG, NICHOLAS FLORES, KURT CORUM,
and R. DALBESIO; RN SUE COBURN,
RN MELINDA CONSOLE, RN KATHERINE
BOLAND and CHW MARIA ALEJO

## ORDER

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated: June 9, 2008

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

2

*Estate of Cross, et al. v. Santa Cruz County, et al./*Case #C06-04891 RS
Stipulation And [Proposed] Order Of Dismissal Of All Defendants With Prejudice (FRCP 41)